UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30670
_____

CHARLES ROGERS, MD,

                    Plaintiff-Appellant and Cross-Appellee,

                         versus

COLUMBIA/HCA OF CENTRAL LOUISIANA,
INCORPORATED, D/B/A RAPIDIES REGIONAL
MEDICAL CENTER, ET AL.,
                         Defendants,

COLUMBIA/HCA OF CENTRAL LOUISIANA,
INCORPORATED, D/B/A RAPIDIES REGIONAL
MEDICAL CENTER, ET. AL.,

                    Defendants-Appellees and Cross-Appellants.

_____

Appeals from the United States District Court
for the Western District of Louisiana
(96-CV-2839)
_____

March 25, 1998
Before REAVLEY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        The court has carefully considered this appeal in light

of the oral argument, briefs and pertinent portions of the record.

Having done so, we find, with one technical exception, that the

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court's conscientious and careful disposition of this case should be affirmed.  The district court committed one small error, in denying an award of costs other than attorneys' fees to the appellees as prevailing parties pursuant to Fed. R. Civ. P. 54(d).

Accordingly, the judgment is <u>AFFIRMED AS MODIFIED</u> to tax non-attorney costs against the appellant and in favor of appellees.

<u>AFFIRMED AS MODIFIED</u>.